# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH NEAL,<br><br>        Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT,<br><br>        Defendant. | 1:10-cv-00999-GSA-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION<br><br>(Doc. 1) |

On June 4, 2010, Plaintiff Keith Neal filed the complaint upon which this action proceeds. The Clerk of the Court incorrectly designated the action as one involving a prisoner litigating the conditions of his confinement. Upon further review of the Court, it has been determined that the present action does not involve prison conditions of confinement. Therefore, the Clerk of the Court is DIRECTED to:

    1.    Re-designate this action as a 440 civil action;

    2.    Send a notice of the new case number to all parties in this action; and

    3.    Issue all applicable standing orders, scheduling orders, and process.

Further, the parties SHALL omit the PC designation so that all future filings bear the following case number: 1:10-cv-00999-GSA.

IT IS SO ORDERED.

    Dated:    **June 15, 2010**                /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE